## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**AVA STOUT**                                                                                           **PLAINTIFF**

**v.**                           **CASE NO. 4:05-CV-01888 GTE**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY**                                    **DEFENDANT**

### JUDGMENT

Upon the basis of the Order granting Defendant's Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant and against Plaintiff.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 5th day of March, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE